UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GARY L. MCCOY,

    Plaintiff,

vs.

RODNEY L. CARLSON, *et al.*,

    Defendants.

Case No. 3:17-cv-432

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

_____

**ORDER AND ENTRY ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 71)**
_____

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #71), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. #71) is **ADOPTED** in full; and (2) Plaintiff's second motion for a declaration of completed service or for an extension of time to obtain service (Doc. #31) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

Date: February 25, 2019

*s/Thomas M. Rose
Thomas M. Rose
United States District Judge