UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GARY L. MCCOY,

       Plaintiff,                              Case No. 3:17-cv-432

vs.

DR. RODNEY L. CARLSON, *et al.*,       District Judge Thomas M. Rose
                                          Magistrate Judge Michael J. Newman

       Defendants.

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 87); AND (2) DENYING DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT (DOCS. 61, 65, 67) AS MOOT**

---

      The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. 38), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. 87) is **ADOPTED** in full; and (2) Defendants' motions to dismiss the second amended complaint (Docs. 61, 65, 67) are **DENIED AS MOOT**.

      **IT IS SO ORDERED.**

Date:  <u>May 16, 2019</u>                         <u>*s/Thomas M. Rose</u>
                                              Thomas M. Rose
                                              United States District Judge