UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GARY L. MCCOY,

    Plaintiff,                                                Case No. 3:17-cv-432

vs.

DR. RODNEY L. CARLSON, *et al.*,             District Judge Thomas M. Rose
                                                               Magistrate Judge Michael J. Newman

    Defendants.

_____

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 92); AND (2) DENYING PLAINTIFF'S MOTION FOR COSTS AND FEES FOR SERVICE OF PROCESS (DOC. 35)**
_____

       The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (doc. 92), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (doc. 92) is **ADOPTED** in full; and (2) Plaintiff's motion for costs and fees for service of process (doc. 35) is **DENIED**.

       **IT IS SO ORDERED.**

Date:  June 26, 2019                                          *s/Thomas M. Rose
                                                                                   Thomas M. Rose
                                                                                   United States District Judge