UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GARY L. MCCOY,

      Plaintiff,                      Case No. 3:17-cv-432

vs.

DR. RODNEY L. CARLSON, et al.,        District Judge Thomas M. Rose
                                   Magistrate Judge Michael J. Newman

      Defendants.

_____

**ORDER: (1) REQUIRING THE PARTIES TO CONFER IN GOOD FAITH AND TO SUBMIT A RULE 26(f) REPORT; AND (2) SETTING A PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE ON MARCH 12, 2020 AT 10:30 AM**

_____

Pursuant to Federal Rule of Civil Procedure 26(f), the parties are **ORDERED** to confer informally and in good faith to prepare a Rule 26(f) Report.[1] The parties' Rule 26(f) report shall be filed with the Court on or before **March 5, 2020**. Unless otherwise agreed to by the parties in their Report, initial disclosures must be made as required by Rule 26(a)(1). Rule 26(a)(1) initial disclosures must be served upon all parties in the case and should not be filed with the Court unless filed in support of a motion.

The undersigned sets this case for a preliminary pretrial conference by telephone on **March 12, 2020** at **10:30 am**. Counsel shall call: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference.

The parties are **ADVISED** that failure to comply with any provision of this Order may result in appropriate sanctions including, but not limited to, dismissal of this action or the entry of a default judgment pursuant Rule 16(f) and Rule 37(b)(2)(A).

      **IT IS SO ORDERED.**

Date:   February 12, 2020                    s/ Michael J. Newman
                                         Hon. Michael J. Newman
                                         United States Magistrate Judge

---

[1] A form Rule 26(f) Report of the Parties (applicable to the Western Division at Dayton) is accessible on the Court's website at: http://www.ohsd.uscourts.gov/ohio-southern-district-forms.